IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00074-MSK-CBS

JIMMY L. STROZIER,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE and
JOHN E. POTTER, PMG,

    Defendants.

_____

**ORDER**
_____

    Due to internal calendaring inconsistencies in the Trial Preparation Order of July 14, 2004, the parties are hereby ordered to contact chambers at (303)335-2289 within **ten (10) days of the date of this order**, to obtain new setting dates for jury trial and final trial preparation conference.

    DATED this 16th day of August, 2005.

                                                   **BY THE COURT:**

                                                   Marcia S. Krieger
                                                   United States District Judge