IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00074-MSK-CBS

JIMMY L. STROZIER,

   Plaintiff,

v.

UNITED STATES POSTAL SERVICE and
JOHN E. POTTER, PMG,

   Defendants.

---

## ORDER RESETTING TRIAL AND FINAL TRIAL PREPARATION CONFERENCE

---

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that scheduling conflicts exists. Therefore,

**IT IS ORDERED** that:

1. The Trial set for September 12, 2005 is hereby rescheduled to **January 17, 2006 at 1:00 p.m.** and the Final Trial Preparation Conference set for September 12, 2005 is hereby rescheduled to **September 15, 2005 at 4:00 p.m.**

2. All other deadlines in this Trial Preparation Order - Jury Trial (Civil) dated July 14, 2004 remain unchanged.

DATED this 23rd day of August, 2005.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge